UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE TROTTER,

    Plaintiff,

v.                                                                 Case No: 8:18-cv-545-T-36JSS

RICHARD SWEARINGEN, FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT, STATE OF FLORIDA
and BRADENTON POLICE
DEPARTMENT,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on March 27, 2018 (Doc. 12). In the Report and Recommendation, Magistrate Judge Sneed recommends that: 1. Plaintiff's Amended Motion for Leave to Proceed in Forma Pauperis (Dkt. 9) be DENIED without prejudice; and 2. Plaintiff's Complaint (Dkt. 1) be DISMISSED without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Amended Motion for Leave to Proceed in Forma Pauperis (Doc. 9) is DENIED without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within twenty (20) days. **Failure to file an amended complaint within the time provided will result in this action being dismissed without further notice.**

**DONE AND ORDERED** at Tampa, Florida on April 19, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record